James J. Murphy, State Bar No. 77534
333 West Portal Avenue
San Francisco, CA 94127
(415) 731-9800

Attorney for Keith Cameron

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0695 JSC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| Keith Cameron, | |
| Defendant. | |

Counsel for the Defendant, James J. Murphy, and counsel for the United States, AUSA Acadia Senese, stipulate and agree that the Defendant's Sentencing Date to be continued to June 30, 2011 at 11:00 AM. All conditions imposed on the Defendant remain in force.

Dated: June 14, 2011

_____/s/_____
James J. Murphy
Attorney for Defendant

Dated: June 14, 2011

_____/s/_____
Acadia Senese
Assistant U.S. Attorney

- 1 -

      GOOD CAUSE APPEARING, it is ORDERED that the sentencing date for Keith Cameron be continued to June 30, 2011 at 11:00 AM. All conditions remain in force.

Dated: JUN 1 5 2011

_____
Jacqueline Scott Corley
U.S. Magistrate Judge

-2-